

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2018

No. 04-17-00509-CR

**EX PARTE** Noah **ESPADA,**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2004CR3638
Honorable Ron Rangel, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to file their brief is hereby GRANTED.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2018.

KEITH E. HOTTLE,
Clerk of Court